AO 440 (Rev 1/80) Summons in a Civil Action

# United States District Court

DISTRICT OF _____

SUMMONS IN A CIVIL ACTION

AMIR LASHGARI

v.

SEA HUNT, INC.,
TROPICLAND MARINE AND TACKLE, INC.,
and GREGORY ZILBERMAN

CASE NUMBER: 04-12112 JLT

TO: (Name and Address of Defendant)

Gregory Zilberman
9 Dexter Street
Stoughton, MA 02072

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DAVID B. KAPLAN, ESQUIRE
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



CLERK  TONY ANASTAS

DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 01/01/05 |
| NAME OF SERVER (PRINT) DALE McCARTER | TITLE Constable of Stoughton |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 9 Dexter St
Stoughton MA 02072

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $35.00 | TOTAL $35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/01/05
Date

Signature of Server: Dale McCarter

Address of Server: 106 Walters Way Stoughton MA 02072

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.