# United States District Court

_____ DISTRICT OF _____

FILED
CLERKS OFFICE

2005 FEB 22 P 3: 05

U.S. DISTRICT COURT
DISTRICT OF MASS

**SUMMONS IN A CIVIL ACTION**

AMIR LASHGARI

v.

SEA HUNT, INC.,
TROPICLAND MARINE AND TACKLE, INC.,
and GREGORY ZILBERMAN

CASE NUMBER:

04  12112 WGY

TO: (Name and Address of Defendant)

    SEA HUNT BOATS, INC.
    P.O. BOX 1380
    LEXINGTON, SOUTH CAROLINA  29071

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    DAVID B. KAPLAN, ESQUIRE
    THE KAPLAN/BOND GROUP
    88 Black Falcon Avenue, Suite 301
    Boston, MA  02210
    (617) 261-0080

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

BY DEPUTY CLERK

DATE  OCT 0 5 2004



# LEXINGTON COUNTY SHERIFF'S DEPARTMENT

State Of SOUTH CAROLINA    )
                           )    Affidavit of Service
COUNTY OF LEXINGTON        )

Case #:014-12112 WGY

AMIR LASHGARI

-vs-

SEA HUNT BOATS INC

The undersigned, being duly sworn, says on oath that he/she served the SUMMONS AND COMPLAINT in this action by delivering same to: REGISTERED AGENT, VICTOR O ROOF PERSONAL SERVICE And leaving with him/her one copy of same at 5535 ROSEBANK COURT LEXINGTON, SC  29073 on the 8 of February, 2005 at 14:15 Hrs. And that Defendant/Respondent is not a member of the U.S. Forces.

Signed _____
COREY BARR, DEPUTY SHERIFF, LCSD

Sworn to before me on this
9 day of February, 2005
_____
Notary Public for South Carolina
My Commision Expires: 10-24-12



A Nationally Accredited Law Enforcement Agency
P.O. Box 639 Lexington, South Carolina 29071 ( 803 ) 359-8230, Fax # ( 803 ) 359-1162