UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * *

AMIR LASHGARI                          *          C.A. NO.:  04-12112 JTL

    Plaintiff                      *
                        *
v.                                     *
                        *
SEA HUNT, INC., TROPICLAND             *
MARINE AND TACKLE, INC., and           *
GREGORY ZILBERMAN,                     *
    Defendants                     *

* * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

This is to notify the Court and all parties to the above action that The Kaplan/Bond Group

has relocated its office to:

**The Kaplan/Bond Group**
**88 Black Falcon Avenue, Suite 301**
**Boston, MA 02210**

The Firm's telephone and facsimile numbers will remain the same.

Respectfully submitted,
by their attorney,


 /s/ David B. Kaplan_____
DAVID B. KAPLAN, ESQUIRE
BBO # 258540
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080
(617) 261-1558 Fax

Dated:  March 7, 2005