UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
AMIR LASHGARI                    *       C.A. NO.:  04-12112 WGY
                                 *
     Plaintiff                   *
                                 *
v.                               *
                                 *
SEA HUNT, INC., TROPICLAND       *
MARINE AND TACKLE, INC., and     *
GREGORY ZILBERMAN,               *
     Defendants                  *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**NOTICE OF VOLUNTARY DISMISSAL**
**AGAINST DEFENDANT GREGORY ZILBERMAN, ONLY**

Pursuant to the provisions of Fed. R. Civ. P. 41(A)(1)(i), plaintiff, Amir Lashgari, hereby voluntarily dismisses, with prejudice, all claims brought by him against defendant Gregory Zilberman, **only**.

Respectfully submitted,
by their attorney,


 /s/ David B. Kaplan_____
DAVID B. KAPLAN, ESQUIRE
BBO # 258540
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080
(617) 261-1558 Fax

Dated:  March 31, 2005