UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12112JLT

| | |
|---|---|
| AMIR LASHGARI,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| SEA HUNT, INC.,<br>TROPICLAND MARINE AND<br>TACKLE, INC., and<br>GREGORY ZILBERMAN,<br>    Defendants | )<br>)<br>)<br>)<br>) |

### SUGGESTION OF BANKRUPTCY

Now comes the Defendant, Tropicland Marine and Tackle, Inc., and suggests to the Court that it is bankrupt. Defendant has filed for Chapter 7 protection in the United States Bankruptcy Court for the District of Massachusetts, Petition #05-11475 (Judge Robert Somma).

/s/ James T. Scamby

James T. Scamby (BBO #629144)
Richard E. Heifetz (BBO #229000)
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696
Dated: May 20, 2005

## CERTIFICATE OF SERVICE

I, James T. Scamby, hereby certify that I have this day served a copy of the foregoing document, by electronic mail, to the following counsel of record:

David B. Kaplan, Esquire
The Kaplan/Bond Group
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
DKaplan@Kaplanbond.com

William P. Breen, Jr., Esquire
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02269
wbreen@mhtl.com

/s/ James T. Scamby
James T. Scamby

Dated: May 20, 2005