UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *
AMIR LASHGARI                      *       C.A. NO.:  04-12112 JLT
                                   *
     Plaintiff                     *
                                   *
v.                                 *
                                   *
SEA HUNT, INC., TROPICLAND         *
MARINE AND TACKLE, INC., and       *
GREGORY ZILBERMAN,                 *
     Defendants                    *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

STIPULATION OF DISMISSAL

THE PARTIES TO THE ABOVE-ENTITLED ACTION, PURSUANT TO THE PROVISIONS OF LOCAL RULE 41 (a) (1) (ii), HEREBY STIPULATE THAT SAID ACTION BE DISMISSED WITH PREJUDICE AND WITHOUT COSTS AND WAIVING ALL RIGHTS TO APPEAL.

DATED: February 21, 2006

    /s/ David B. Kaplan_____
DAVID B. KAPLAN, BBO #254580
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue
Suite 301
BOSTON, MA 02210
(617) 261-0080

/s/ William P. Breen_____
William P. Breen, Esquire
Attorney for Sea Hunt, Inc.
Murphy, Hesse, Toomey & Lehane, LLP
Crown Colony Plaza
300 Crown Colony Drive, Suite 410
PO Box 9126
Quincy, MA 02269


/s/ James T. Scamby_____
James T. Scamby, Esq.
Attorney for Tropicland Marine and
Tackle, Inc.
Tucker, Heifitz & Saltzman
Three School Street
Boston, MA  02108